■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN CRUZ, Appellant. [771 NYS2d 446]—Appeal from a judgment of the Supreme Court, Monroe County (Stephen R. Sirkin, A.J.), rendered September 17, 2002. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree and burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed for reasons stated at the suppression court, Francis A. Affronti, J. Present—Wisner, J.P., Hurlbutt, Scudder, Kehoe and Hayes, JJ.